# Exhibit A

## PROPOSED SCHEDULE

| Event | Date |
|---|---|
| Filing of First Amended Complaint | May 21, 2021 |
| Initial Disclosures Served | June 11, 2021 |
| Defendants' Motion(s) to Dismiss or Answers | July 20, 2021 |
| Plaintiff's Opposition(s) to Motion(s) to Dismiss | September 3, 2021 |
| Deadline for Adding Class Representatives or Filing Consolidated Pleadings (Absent Leave of Court) | September 10, 2021 |
| Deadline to Produce Usable Transactional Data Relevant to Class Certification | September 24, 2021 |
| Defendants' Reply(ies) in Support of Motion(s) to Dismiss | October 3, 2021 |
| Close of Fact Discovery | February 4, 2022 |
| Deadline for Plaintiff to File Motion for Class Certification and Serve Supporting Expert Report(s) | February 28, 2022 |
| Window for Plaintiff to Present Class Certification-Related Expert(s) for Depositions | March 14 – April 8, 2022 |
| Deadline for Defendants to File Opposition(s) to Motion for Class Certification and Serve Supporting Expert Report(s) | June 8, 2022 |
| Window for Defendant to Present Class Certification-Related Expert(s) for Depositions | June 22 – July 15, 2022 |
| Deadline for Plaintiff's Reply(ies) in Support of Motion for Class Certification and Serve Supporting Expert Reports | August 17, 2022 |
| Deadline for Plaintiff to Disclose the Identity of Experts Proffering an Opening Merits Expert Report(s) | August 24, 2022 |
| Deadline for Plaintiff to Submit Opening Merits Expert Report(s) | September 23, 2022 |
| Deadline for Defendants to Disclose the Identity of Experts | October 14, 2022 |
| Deadline for Defendants' to Submit Rebuttal Merits Expert Reports | December 8, 2022 |
| Deadline for Plaintiff to Submit Reply Merits Expert Reports | January 23, 2023 |

2

| Close of Expert Discovery | February 22, 2023 |
| --- | --- |
| Motion(s) for Summary Judgment | May 8, 2023 |
| Opposition(s) to Motion(s) for Summary Judgment | July 21, 2023 |
| Reply(ies) in Support of Motion(s) for Summary Judgment | September 4, 2023 |