UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                                              :     21cv1884 (DLC)

BCBSM, INC., d/b/a BLUE CROSS and BLUE :
SHIELD OF MINNESOTA, on behalf of     :     ORDER
itself and those similarly situated, :

                      Plaintiff,   :

          -v-                          :

VYERA PHARMACEUTICALS, LLC, PHOENIXUS :
AG, MARTIN SHKRELI, and KEVIN MULLEADY,:

                 Defendants.   :
---------------------------------------- X

DENISE COTE, District Judge:

    Having reviewed the parties' letter of May 28, 2021, it is hereby

    ORDERED that the parties shall contact Judge Lehrburger on or before June 4, 2021 to schedule settlement discussions under his supervision.

Dated:     New York, New York
            June 1, 2021

                                          DENISE COTE
                             United States District Judge