# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
| Kenneth R. David | NEW YORK, NEW YORK 10019 | Houston |
| Direct Dial: (212) 506-1893 | (212) 506-1700 | Los Angeles |
| Direct Fax: (212) 835-5293 | Fax: (212) 506-1800 | Miami |
| KDavid@Kasowitz.com |  | Newark |
|  |  | San Francisco |
|  |  | Silicon Valley |
|  |  | Washington DC |

July 21, 2021

Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **<u>BCBSM, Inc v. Vyera Pharmaceuticals, LLC, et al.</u>, 21-cv-01884 (DLC)**

Dear Judge Cote:

  We write on behalf of Defendant Kevin Mulleady in accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and the requirements for electronic filing under seal. Mr. Mulleady respectfully requests permission to file limited portions of Exhibit A, Exhibit B, and Exhibit C to our forthcoming letter regarding Plaintiff BCBSM, Inc.'s discovery requests under seal (the "Exhibits"). The Exhibits contain trade secret, commercially-sensitive information that falls within the scope of "Confidential Information," as that term is defined in Section 2(a) of the Stipulated Protective Order dated June 1, 2021. (ECF No. 53.)

  As required by Rule 8.B of Your Honor's Individual Practices in Civil Cases and the requirements for electronic filing under seal, Mr. Mulleady will publicly file a version of the Exhibits with proposed redactions redacting the material we respectfully request be filed under seal. As further required, in a separate docket entry, Mr. Mulleady will file under seal a version of the Exhibits with the proposed redactions highlighted.

  Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Kenneth R. David*

Kenneth R. David

The proposed redactions are approved.  7.26.2021.

_____
DENISE COTE
United States District Judge