

| | |
|---|---|
| 399 PARK AVENUE | 212 980 7400 TEL |
| SUITE 3600 | 212 980 7499 FAX |
| NEW YORK, NY 10022 | ROBINSKAPLAN.COM |

BENJAMIN D. STEINBERG
212 980 7460 TEL
BSTEINBERG@ROBINSKAPLAN.COM

July 21, 2021

The Honorable Denise Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

      Re: *BCBSM, Inc. v. Vyera Pharmaceuticals, LLC*, 1:21-cv-1884 (S.D.N.Y.)

Dear Judge Cote:

      In accordance with Rule 8.B of Your Honor's Individual Practices in Civil Cases and the requirements for electronically filing under seal, Plaintiff BCBSM, Inc. ("Plaintiff") respectfully requests permission to:

1. File Plaintiff's forthcoming letter regarding disputes over additional fact discovery in partially redacted form;

2. File Exhibits A and B to the letter in partially redacted form; and

3. File Exhibit C to the letter fully under seal.

      The letter and Exhibits A-C contain trade secret, commercially-sensitive information that falls within the scope of "Confidential Information," and "Highly Confidential Information" as those terms are defined in Section 2(a) of the Stipulated Protective Order. *See* ECF No. 53. Exhibit C, which is the Expert Report of Justin McLean, contains extensive Confidential Information and Highly Confidential Information throughout, such that it cannot be partially redacted in a manner that would safeguard the material sought to be protected. Accordingly, Plaintiff will publicly file its letter and Exhibits A-B with the proposed redactions and will file Exhibit C fully under seal. In a separate docket entry, Plaintiff will file under seal the letter and Exhibits A-B with the proposed redactions highlighted, along with Exhibit C. We appreciate the Court's consideration of this request.

      Sincerely,

      */s/ Benjamin D. Steinberg*
      Benjamin D. Steinberg

Granted. 7.26.2021

_____
DENISE COTE
United States District Judge