```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    21cv1884 (DLC)
BCBSM, INC., d/b/a BLUE CROSS and BLUE    :
SHIELD OF MINNESOTA, on behalf of         :         ORDER
itself and those similarly situated,      :
                                          :
                              Plaintiff,  :
                                          :
                -v-                       :
                                          :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS     :
AG, MARTIN SHKRELI, and KEVIN MULLEADY,   :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of July 21, 2021, the plaintiff seeks deposition testimony from defendant Kevin Mulleady on the ground that Mulleady "engaged in new conduct that calls into question Defendants' core arguments and testimony." Specifically, the plaintiff refers to two news articles. Only one of the articles quotes Mulleady directly, and the quotes are not sufficiently relevant to the merits of the claims to warrant additional deposition testimony. Accordingly, it is hereby

ORDERED that the plaintiff's July 21 request for deposition testimony of Mulleady is denied.

Dated:   New York, New York
         July 26, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge