```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv1884 (DLC)
BCBSM, INC., d/b/a BLUE CROSS and BLUE   :
SHIELD OF MINNESOTA, on behalf of        :         ORDER
itself and those similarly situated,     :
                                         :
                        Plaintiff,       :
                                         :
              -v-                        :
                                         :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS    :
AG, MARTIN SHKRELI, and KEVIN MULLEADY,  :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 23 and July 26, 2021, non-party witnesses Axium Healthcare Pharmacy and Kroger Specialty Pharmacy, Inc. filed motions to quash the plaintiff's subpoenas. It is hereby

ORDERED that any opposition to the motions to quash is due **Thursday, July 29, 2021.**

IT IS FURTHER ORDERED that a telephone conference is scheduled for **Friday, July 30, 2021 at 1:00 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:     888-363-4749
    Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
           July 27, 2021

_____
DENISE COTE
United States District Judge