```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   21cv1884 (DLC)
BCBSM, INC., d/b/a BLUE CROSS and BLUE    :
SHIELD OF MINNESOTA, on behalf of         :         ORDER
itself and those similarly situated,      :
                                          :
                         Plaintiff,       :
                                          :
              -v-                         :
                                          :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS     :
AG, MARTIN SHKRELI, and KEVIN MULLEADY,   :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On July 23 and July 26, 2021, non-party witnesses Axium Healthcare Pharmacy and Kroger Specialty Pharmacy, Inc. filed motions to quash the plaintiff's subpoenas. A telephone conference was scheduled for July 30 at 1:00 p.m. On July 29, the plaintiff filed an opposition to the motions to quash. It is hereby

ORDERED that the plaintiff and the non-party witnesses shall meet and confer regarding the plaintiff's subpoenas.

IT IS FURTHER ORDERED that the telephone conference scheduled for July 30 is adjourned to **Monday, August 2, 2021 at 4:00 p.m.** The parties shall use the dial-in information provided in the previous scheduling Order.


Dated:      New York, New York
            July 30, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge