```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    21cv1884 (DLC)
BCBSM, INC., d/b/a BLUE CROSS and BLUE    :
SHIELD OF MINNESOTA, on behalf of         :        ORDER
itself and those similarly situated,      :
                                          :
                              Plaintiff,  :
                                          :
              -v-                         :
                                          :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS     :
AG, MARTIN SHKRELI, and KEVIN MULLEADY,   :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that a telephone conference is scheduled for **Wednesday, August 4, 2021 at 4:00 p.m.** Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749

        Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          August 2, 2021

                                  _____
                                        DENISE COTE
                              United States District Judge