UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------- X
                                         :      21cv1884 (DLC)
BCBSM, INC., d/b/a BLUE CROSS and BLUE    :
SHIELD OF MINNESOTA, on behalf of         :         ORDER
itself and those similarly situated,     :
                                         :
                             Plaintiff,  :
                                         :
             -v-                         :
                                         :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS     :
AG, MARTIN SHKRELI, and KEVIN MULLEADY,   :
                                         :
                            Defendants.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiff's September 10, 2021 motion for reconsideration, it is hereby

ORDERED that the plaintiff shall promptly file Dr. Frank's affidavit.

IT IS FURTHER ORDERED that a telephone conference will be held **September 14, 2021, at 3:00 pm.**

IT IS FURTHER ORDERED that the parties shall use the

following dial-in instructions for the telephone conference:

    Dial-in:        888-363-4749
    Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

Dated:    New York, New York
          September 10, 2021



                              _____
                                      DENISE COTE
                              United States District Judge