UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BCBSM, INC., d/b/a BLUE CROSS and BLUE SHIELD OF MINNESOTA, on behalf of itself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VYERA PHARMACEUTICALS, LLC, PHOENIXUS AG, MARTIN SHKRELI, and KEVIN MULLEADY,<br><br>Defendants. | Case No. 1:21-cv-1884-DLC |

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY EXISTING DEADLINES**

WHEREAS, Plaintiff BCBSM, Inc. ("Plaintiff"), on behalf of the putative class, has reached a settlement in principle with Defendants Vyera Pharmaceuticals, LLC, Phoenixus AG, Martin Shkreli, and Kevin Mulleady ("Defendants," and collectively with Plaintiff, the "Parties") to fully resolve this litigation;

WHEREAS, the Parties expect to finalize the settlement agreement, and Plaintiff expects to move the Court to preliminarily approve the class settlement, within the next 45 days; and

WHEREAS, the Parties believe that all existing case deadlines should be stayed so that the Parties can focus on finalizing the settlement agreement and submitting it to the Court.

NOW THEREFORE, the undersigned Parties hereby stipulate and agree, subject to entry of this Stipulation by the Court, that the following deadlines shall be stayed:

| Deadline to be Stayed | Date |
|---|---|
| Plaintiff's Motion for Class Certification | January 21, 2022 |
| Plaintiff's Disclosure of Expert Testimony | January 21, 2022 |
| Defendants' Opposition to Class Certification | February 18, 2022 |
| Defendants' Disclosure of Expert Testimony | February 18, 2022 |
| Plaintiff's Reply in Support of Class Certification | March 4, 2022 |
| Completion of Expert Discovery | March 18, 2022 |
| Motions for Summary Judgment | April 8, 2022 |
| Oppositions to Summary Judgment | April 29, 2022 |
| Replies in Support of Summary Judgment | May 13, 2022 |

**IT IS SO ORDERED.**

Dated: _____

                                                    Denise Cote
                                    UNITED STATES DISTRICT JUDGE

Respectfully submitted,

| ON BEHALF OF **BCBSM, INC.** | ON BEHALF OF **VYERA PHARMACEUTICALS, LLC** and **PHOENIXUS AG** |
|---|---|
| By: /s/ Kellie Lerner | By: /s/ Steven Reed |
| Kellie Lerner<br>Benjamin Steinberg (admitted *pro hac vice*)<br>Adam Mendel<br>900 3rd Ave, Suite #1900<br>New York, NY 10022<br>Telephone: (212) 980-7400<br>Facsimile: (212) 980-7499<br>klerner@robinskaplan.com<br>bsteinberg@robinskaplan.com<br>amendel@robinskaplan.com<br><br>*Counsel for Plaintiff BCBSM, Inc., d/b/a Blue Cross and Blue Shield of Minnesota, and the Proposed Class* | Steven Reed<br>MORGAN LEWIS & BOCKIUS LLP<br>1701 Market St.<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5603<br>Facsimile: (215) 963-5001<br>steven.reed@morganlewis.com<br><br>*Counsel for Defendants Vyera Pharmaceuticals, LLC and Phoenixus AG* |

| ON BEHALF OF **KEVIN MULLEADY** | ON BEHALF OF **MARTIN SHKRELI** |
|---|---|
| By: */s/ Kenneth R. David* | By: */s/ Christopher H. Casey* |
| Kenneth R. David<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1893<br>Facsimile: (212) 506-1800<br>kdavid@kasowitz.com | Christopher H. Casey<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>Telephone: (215) 979-1155<br>Facsimile: (215) 689-2194<br>CHCasey@duanemorris.com |
| *Counsel for Defendant Kevin Mulleady* | *Counsel for Defendant Martin Shkreli* |