```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv1884 (DLC)
BCBSM, INC., d/b/a BLUE CROSS and BLUE   :
SHIELD OF MINNESOTA, on behalf of        :         ORDER
itself and those similarly situated,     :
                                         :
                              Plaintiff, :
                                         :
                -v-                      :
                                         :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS    :
AG, MARTIN SHKRELI, and KEVIN MULLEADY,  :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received on December 9, 2021 a joint letter from the parties reporting that this putative class action has been settled, it is hereby

ORDERED that all existing deadlines in this case are stayed.

IT IS FURTHER ORDERED that by **January 28, 2022**, the plaintiff shall submit a motion for preliminary approval of settlement of the class action.

Dated:   New York, New York
         December 9, 2021

                                    _____
                                             DENISE COTE
                                    United States District Judge