# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BCBSM, INC., d/b/a BLUE CROSS and BLUE SHIELD OF MINNESOTA, on behalf of itself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VYERA PHARMACEUTICALS, LLC, PHOENIXUS AG, MARTIN SHKRELI, and KEVIN MULLEADY,<br><br>Defendants. | Case No. 1:21-cv-1884-DLC |

## NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that, on June 17, 2022 at 10:00 a.m. before the Honorable Denise L. Cote, United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007, Plaintiff BCBSM, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 23(e), will and hereby does move the Court for an order granting Final Approval of the class action Settlement between Plaintiff and Defendants as set forth in the accompanying Memorandum of Law in Support of this Motion.

The grounds for this Motion are set forth and based on Plaintiff's accompanying Memorandum of Law and supporting papers filed therewith, along with the argument of counsel, all other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

Dated: May 2, 2022                               By: */s/ Benjamin Steinberg*

                                                 Kellie Lerner
                                                 Benjamin Steinberg (admitted *pro hac vice*)
                                                 **ROBINS KAPLAN LLP**
                                                 1325 Avenue of the Americas
                                                 Suite 2601
                                                 New York, NY 10019
                                                 Telephone: (212) 980-7400
                                                 klerner@robinskaplan.com
                                                 bsteinberg@robinskaplan.com

                                                 *Counsel for Plaintiff BCBSM, Inc., d/b/a*
                                                 *Blue Cross and Blue Shield of Minnesota, and*
                                                 *the Proposed Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Benjamin Steinberg*
Benjamin Steinberg
