```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   21cv1884 (DLC)
BCBSM, INC., d/b/a BLUE CROSS and BLUE   :
SHIELD OF MINNESOTA, on behalf of        :        ORDER
itself and those similarly situated,     :
                                         :
                          Plaintiff,     :
                                         :
              -v-                        :
                                         :
VYERA PHARMACEUTICALS, LLC, PHOENIXUS    :
AG, MARTIN SHKRELI, and KEVIN MULLEADY,  :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A hearing on final approval ("Fairness Hearing") of the proposed class action settlement in this case is currently scheduled to be held on June 17, 2022 at 10:00 a.m. It is hereby

ORDERED that the Fairness Hearing is rescheduled to **June 17 at 2:30 p.m.** and shall be held in Courtroom 18B, 500 Pearl Street, New York, NY 10007. In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

> https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals should practice social distancing at all times possible in the courthouse. Individuals also must wear a KN94, KN95, or N95 mask that covers their nose and mouth in the courthouses. Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

Dated:  New York, New York
        June 2, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge